# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**GARY LYNN UTLEY, Sr.,**

    **Plaintiff,**

    **vs.**

**SOCIAL SECURITY ADMINISTRATION,**

    **Defendant.**

Case No. 3:16-cv-00732
JUDGE ALETA A. TRAUGER
Magistrate Judge King

## ORDER

This is an action instituted under the provisions of 42 U.S.C. §§ 405(g), 1383 for review of a final decision of the Commissioner of Social Security denying Plaintiff's application for supplemental security income. On August 7, 2017, the United States Magistrate Judge recommended that that Plaintiff's Motion for Judgment (Doc. No. 15) be granted, that the decision of the Commissioner be reversed, and that the matter be remanded to the Commissioner pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further consideration of Plaintiff's residual functional capacity. Report and Recommendation (Doc. 20). Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The Report and Recommendation (Doc. 20) is **ADOPTED AND AFFIRMED.** Plaintiff's Motion for Judgment (Doc. No. 15) is **GRANTED,** the decision of the Commissioner is **REVERSED,** and the matter is **REMANDED** to the Commissioner, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further consideration of Plaintiff's residual functional capacity.

It is so ORDERED.

ENTER this 22nd day of August 2017.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE